```
UNITED STATES DISTRICT COURT FOR THE
   WESTERN DISTRICT OF NORTH CAROLINA
           CHARLOTTE DIVISION
               3:07CV487-MU
```

| | |
|---|---|
| **TERESA A. HILL,** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|       v. ) | <u>**O R D E R**</u> |
| ) | |
| ) | |
| **MICHAEL ASTRUE,** Commissioner of ) | |
|     Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

    **THIS MATTER** is before the Court on Plaintiff's "Application To Proceed Without Prepayment Of Fees . . . ," filed November 16, 2007.

    The information contained in Plaintiff's motion is insufficient to determine if she qualifies for <u>in forma pauperis</u> status. That is, Plaintiff failed to fully complete question three of her application which requested that she detail the money she received from any source in the last twelve months. The Court requires this information before it can rule on whether Petitioner is qualified for <u>in forma pauperis</u> status. Upon receipt of this information the Court will determine whether to grant or deny Petitioner's Motion to Proceed <u>In Forma Pauperis</u>.

**NOW, THEREFORE, IT IS HEREBY ORDERED** t**hat** Plaintiff must provide the Court with the above-requested information within fifteen (15) days of this Order or her application will be denied.

Signed: January 2, 2008

Graham C. Mullen
United States District Judge