# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Teresa A. Hill,

        Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:07-cv-487-GCM

Michael J. Astrue,
Commissioner of Social Security Administration,

        Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2010 Order.

                                        Signed: February 9, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court